BROWNE WOODS GEORGE LLP
Peter W. Ross (State Bar No. 109741)
pross@bwgfirm.com
Peter M. Shimamoto (State Bar No. 123422)
pshimamoto@bwgfirm.com
2121 Avenue of the Stars, 24th Floor
Los Angeles, CA 90067
Tel: 310.274.7100 / Fax: 310.275.5697

Attorneys for Defendants
MACY'S, INC., THE BUCKLE, INC. and BELK, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA PRINTEX INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MACY'S, INC.; THE BUCKLE, INC.; AROUND THE WORLD APPAREL, INC. d/b/a MISS CHEVIOUS; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. CV 08-06017 DDP (Ex) [Lead]<br>Hon. Dean D. Pregerson<br><br>[Consolidated with Case No. CV 09-3286]<br><br>[~~PROPOSED~~] ORDER RE PROTECTIVE ORDER |
| AROUND THE WORLD APPAREL, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>LA PRINTEX INDUSTRIES, INC.; and ROES 1 through 10, Inclusive,<br><br>Counter-defendants | |

238593_1.DOC

<>

## ORDER

The parties having stipulated, and good cause appearing, IT IS HEREBY ORDERED that the terms of the March 2, 2009 Protective Order Concerning Confidential Information in *LA Printex Industries, Inc. v. Macy's, Inc., et al*, USDC CDCA Case No. CV 08-06017 PA (Ex) (the "Macy's Case"), which was subsequently consolidated in part with *LA Printex Industries, Inc. v. Belk, Inc. et al.*, USDC CDCA Case No. CV 09-03286 DDP (JCx) (the "Belk Case") shall also apply to discovery in the Belk Case, with the caveat that the Nondisclosure Agreement attached as Attachment A to the Protective Order shall be revised to substitute the case caption for these consolidated cases, rather than for the Macy's Case.

IT IS SO ORDERED.

Dated: 11/12/09

Honorable ~~Dean D. Pregerson~~
~~Judge, United States District~~ Court
Charles F. Eick
United States Magistrate Judge